UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.C.C.,

    *Petitioner*,

v.

Thomas DECKER, New York Field Office Director for U.S. Immigration and Customs Enforcement; William BARR, Attorney General of the United States; Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security; Tony PHAM, Acting Director, U.S. Immigration and Customs Enforcement; James MCHENRY, Director, Executive Office of Immigration Review; Carl DUBOIS, Warden, Orange County Correctional Facility,

    *Respondents*.

Case No. 20-cv-10405

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2020

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Petitioner's motion to proceed anonymously in this action using his initials only is GRANTED.

**IT IS SO ORDERED**

Dated: December 15, 2020
New York, New York

_____
United States District Judge
Alison J. Nathan

1