```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.C.C.,

            Petitioner,

    –v–

Thomas Decker, *et al.*,

            Respondents.

20-cv-10405 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall confer and submit a joint letter with a proposed briefing schedule for the Petitioner's petition for writ of habeas corpus by December 21, 2020.

    SO ORDERED.

Dated: December 17, 2020
          New York, New York

_____
ALISON J. NATHAN
United States District Judge